pg. 1

## Affidavit of Fact

COMMONWEALTH OF MASSACHUSETTS
MARIAN T. RYAN, Graham Van Epps

vs.

(Jamhal Talib Abdullah Bey) Ex Rel LATIMER et al
Docket No. 2150OR001095 - 2150OR001104

"Notice to the Principal is Notice to the Agent
Notice to the Agent is Notice to the Principal"
(U.C.C 1-202)

Title 18 U.S.C § 2071 Unlawful filing process filers/clerks (3 years)

Greetings of peace, I Am Abun El Curruyh, a Moor American National, In Propria Person Sui Juris am submitting this affidavit of fact to MALDEN DISTRICT COURT for the "Probable cause hearing" that was scheduled for August 9th, 2021 via Zoom. In the beginning of this court hearing, all but Graham Van Epps and two court appointed attorneys were unmuted and Graham Van Epps immediately motioned acting judge Peter Doyle for a continuance to September 8th, 2021. Acting judge Peter Doyle and the two agents of the court agreed too and because we were muted, we couldn't speak or object against this decision as we were ready to proceed with the case. See Earle vs. McVeigh - Every person is entitled to an opportunity to be heard in a court of law upon every question involving his rights or interests, before he is affected by any judicial decision on the question. We have been deprived of life, liberty and or property as well as due process of law pursuant to the 5th amendment of the American Constitution, in five court proceedings. The acting judge Peter Doyle is in violation of his oath and or affirmation to the Constitution for the United States of America pursuant to Article 1 sec 10, Article 3, S2, Article 3, S3, Article 4, S1, and 6th amendment. As well as title 18 U.S.C § 241 - Conspiracy against rights; Title 18 U.S.C § 242 - Deprivation of rights under color of law; Title 18 U.S.C chap. 41 - Extortion and threats; Title 18 U.S.C § 880 - Receiving proceeds of extortion; et al; Title 28 U.S.C § 454 - Practice of law by justices and judges; Title 28 U.S.C § 1332 - Diversity of Citizenship, and you are deemed to know law. See Dykes vs. Hoesman. (ADA) Graham Van Epps,

pg. 2

the two court appointed attorneys as well as my former court appointed attorney, Stephen A. Gomes who tried to coerce me to be the victim or injured party for the COMMONWEALTH OF MA is also in violation of; Title 18 U.S.C §201 Bribery of public officials and witnesses as well as Title 18 U.S.C §241; Title 18 U.S.C §242; Title 18 U.S.C chap. 41; and Title 18 U.S.C §880. The fact that Graham Van Epps motioned immediately for a continuance with no one to object proves he is engaged in mal-practice and he does not have probable cause. This can also be proven by the memorandum he submitted for the COMMONWEALTH OF MA which certified under "Graham G. Van Epps" and did not sign it giving him plausable deniability. On page 2 of the memorandum, at the very bottom states "Within 24hrs of their arrest, a judicial officer found probable cause for the defendants' detention pending arraignment." Who is this "judicial officer"?; Because a prosecutor cannot alledge crimes against you, see: Allen vs. McCully. Probable cause is assessed from a reasonable officer on the scene rather then 20/20 vision of heinsight, see McNally vs. Lacor. Trooper Michael R. Sullivan who wrote the probable cause narrative (PCN) for Trooper Ryan Casey proves in paragraphs 1,5,6,7,8, and 12 with various questions asked by Trooper Casey and Sgt. Burnham as well as Sgt. McDevitt proves they did not have probable cause. Pursuant to video evidence, Jamhal Talib Abdullah Bey asked Trooper Casey what the probable cause was and he stated "I don't know." See Terry vs. Ohio - Police officers must be able to point to specific and articulate fact and not mere officers hunch. Supreme Court decisions already state Courts cannot evaluate probable cause in heinsight See. United States vs. Carter. Heinsight may not be employed in determining... probable cause, see United States vs. Austin. The (PCN) and the memorandum have all of our appelations/names misspelled and capitalized purposefully to take us out the constitutional fold of government and to have jurisdiction over us despite having our National ID's (Federal Credentials) which all ~~~ are up to date with the Real ID Act    as well as correspond with the Department of Justice Criminal Resou

pg.3

Manuel S.1508 which states the National ID is the primary form of Identification. Based on the United Declaration of Rights of Indigenous People Article 6 states every person has the right to a Nationality which we are being deprived of. Graham Van Epps, Andover, Danvers, Medford police stations, as well as various detectives/investigators have falsified, fabricated and solicited charges and warrants against us. My peers have been labeled as black, latino, hispanic and myself as D7 or artificial 14th amendment citizens. We are not 14th amendment citizens as proven by various documents submitted on our behalf as well as our National credentials submitted on record at the 58(A) hearing on 7/13/21. A live testimony was given by Julisa El and stated the 14th amendment was never lawfully ratified and was deamed unconstitutional. See (90th Congress 1st Session Vol.113 part 12 June 12th, 1967 pg. 15641-15646) She also stated that we are in fact foreign nationals which was objected by Graham Van Epps and sustained on record by acting judge Emily Karstetter. See Title 28 Chap.4 subchap. 176 §3002 of the U.S.C which states the United States is a Federal Corporation not a country. The COMMON WEALTH OF MASSACHUSETTS and MALDEN DISTRICT COURT are part of this federal corporation making them artificial Sec. Doanes vs. Pineshollows - Artificial entities can only interface with artificial entities, which further explains why they de-nationalized us. The COMMON WEALTH OF MASSACHUSETTS has yet to submit or present a sworn signed affidavit because an artificial entity cannot speak nor sign anything for itself. In order for a crime to exist there must be an injured party or corpus delecti, see State vs. Edwards, State vs. Robinson. Thus Marian T. Ryan representing the COMMON WEALTH OF MASSACHUSETTS as MARIAN T. RYAN in all caps can't be the injured party because 1) she was not on the scene. 2) She is an artificial entity representing an artificial entity that can't speak nor sign so where is the

pg 4

possessions

injured party? Graham Van Epps and Michael R. Sullivan in both the memorandum and (PCN) are clearly using words of art known as legalies to turn constitutionally secured rights into crimes. These alledged crimes are mere and have already been deamed unconstitutional. Article 4 S1 of the Constitution for the United States of America states Full faith and credit shall be given in each state to the public Acts, Records, and judicial Proceedings of every other state. This refers to case laws. See Murdock vs. Penn - No state can covert a liberty into a priviledge, license it or attach a fee to it. See Burmingham vs. Chottlesworth - If a state turns a liberty into a priviledge, the citizen can engage in the act with impunity. In the (PCN) it states that my peers showed Trooper Casey International Road Travel ID's which Indicates we were not driving, that we were in fact traveling to our destination in Maine as stated in the (PCN). Driving is to operate a motor vechicle in a for hire capacity and not a single one of were getting paid. He also stated the automobiles needed to be registered to drive which is correct but again we were not driving nor getting paid. See California vs. Farley - Speeding driving without a license, no registration, wrong plates, no plates etc... are non-arrestable offences. Also see People vs. Battle - Traffic infractions are not a crime. The (PCN) and memorandum states we were carrying "weapons", but to carry a "weapon" is to have intent on injuring another and can literally be anything. See Blacks Law 4th Edition Dictionary weapon - an instrument of offence and defensive combat, or anything used, or designed to be used, in destroying, defeating, or injuring an enemy. See Websters dictionary; weapon - Any means by one contends against another. We were in fact baring arms pursuant to the 2nd amendment for the American Constitution. See Blacks Law 4th Edition dictionary arms - anything a man wears and takes in his hands in defense or extension of his honor. This includes Body

pg. 5

Armor, see Webster's dictionary; arm- to cover with a strengthening or protective covering. The video evidence shows absolutely no intent or malice towards the troopers/officers on scene and no arms were ever raised. The intire situation was infact cordial as stated in the memorandum. As far as the alledged "Improper Storage of a firearm" crime; D.C vs. Heller a Landmark Decision by U.S Supreme Court stating handgun bans, dissasembled rifles and shotguns seperated from magazines in lock boxes with trigger locks violates the 2nd amendment guarentee. There can be no sanction or penalty imposed upon one because of the excercise of a constitutional right. See Sherar vs. Cullen, Spevack vs. Klein, Garrity vs New Jersey, BOYD vs. US and Malloy vs. Hogan. We have every right just like everyone else to travel and transport our property on a public highway wether it is for recreation or business because it is a common law right and no state or city can prohibit that. See Thompson vs. Smith, and Chicago Coach vs. City of Chicago. My peers and I as well as our people have been labeled "Sovereign Citizens" by Graham Van Epps and news media around the world which is an oxy-moron because these Sovereign Citizen" are people who think they are a living, breathing, talking, voting country and do not respect the laws of this land or the authority in it. We have also been slandered as Terrorist, why? For simply excercising our 2nd amendment rights as a well regulated militia and putting gas in an automobile? This is our land and we are Moors, Upright Independent and Fearless and we hold the laws of this Country up to highest extent possible. Our ancestors allowed the European-Union known as the United States of America to settle and prosper on these lands. This can be proven by simply searching Treaty of peace and Friendship between The Empire of Morocco and the United states of America of 1787 in the Library of Congress.org. So I ask

pg.6    the court again. Did we violate the Treaty of Peace and Friendship? Again this is an Administrative Tribunal and its statutory provisions must yield to Treaty applications. See Detenore vs. McGowan. This is a matter of Diversity of Citizen pursuant to Article 3.S2 and Motion to dismiss must be granted if jurisdiction cant be proven. To continue to adjudicate over this matter would be to engage in treason. See U.S vs. Wills and Cohens vs. Virginia. I Affirm under penalty of Purgery that these facts are true, so help me Allah.

Blissings of Peace:

Abrm El Curragh

Tariff Sharif Bey



Ahan El Curragh
MSA 2010452
Middleton House of Correction
20 Manning Ave
Middleton, MA 01949

John Joseph Moakley Federal Court House
1 Court House Way Boston MA, 02210
Attn: Clerks office.

BOSTON MA 020
9 SEP 2021 PM 6 L

02210-300299